**PATRICK W. KANG, ESQ.**
State Bar No.: 010381
**ERICA D. LOYD, ESQ.**
State Bar No.: 10922
**KANG & ASSOCIATES, PLLC**
6480 W. Spring Mountain Road
Suite 1
Las Vegas, Nevada 89146
P: (702) 333-4223
F: (702) 507-1468

*Attorneys for Plaintiff*
*Michael Campus*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL CAMPUS, an Individual, | Case No.: 2:16-cv-00967 |
| Plaintiff, | |
| vs. | |
| TRUMP RUFFIN COMMERCIAL, LLC, a Foreign Limited Liability Corporation dba TRUMP INTERNATIONAL HOTEL & TOWER LAS VEGAS; DOES, 1 through 25, inclusive; and ROE CORPS., 1 through 25, inclusive, | |
| Defendants. | |

## PLAINTIFF'S VOLUNTARY DISMISSAL

COMES NOW, Plaintiff, MICHAEL CAMPUS ("Plaintiff") by and through his attorneys of record, PATRICK W. KANG, ESQ. and ERICA D. LOYD, ESQ., of KANG & ASSOCIATES, hereby submits this Voluntary Dismissal of Defendant TRUMP RUFFIN COMMERCIAL, LLC dba TRUMP INTERNATIONAL HOTEL & TOWER LAS VEGAS ("Defendant TRUMP") from the above-entitled action pursuant to FRCP 41(a)(2) and therefore a voluntary dismissal of the entire case.

Defendant TRUMP has not filed an Answer or a Motion for Summary Judgment. The matter has been confidentially resolved amongst the parties. Therefore in the interest of justice and efficacy, Plaintiff voluntarily dismisses his Complaint against Defendant TRUMP. Thus, Defendant TRUMP shall be dismissed from the above-entitled action with prejudice. Each party will be responsible for their own costs and fees associated with this case.

Now Therefore:

**IT IS HEREBY ORDERED** that Defendant TRUMP be dismissed with prejudice from this matter, this case shall be closed entirely and each party will be responsible for their own costs and fees associated with this case.

Dated this ___ day of July, 2016.

**IT IS SO ORDERED**:

_____
**UNITED STATES MAGISTRATE JUDGE**

Respectfully Submitted By:

DATED this __8th__ day of July, 2016.

/s/ Erica D. Loyd, Esq.
**ERICA D. LOYD, ESQ.**
State Bar No.: 10922
KANG & ASSOCIATES, PLLC
P: 702.333.4223
*eloyd@acelawgroup.com*
*Attorneys for Plaintiff*